JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEN JOHN CLARKE,<br><br>                  Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN LUIS OBISPO, et al.,<br><br>                Defendants. | NO. CV 25-7782-ODW (AGR)<br><br>**ORDER OF DISMISSAL** |

## I. PROCEDURAL HISTORY

Plaintiff Clarke, an inmate proceeding pro se and without prepayment of filing fees, filed a civil rights complaint under 42 U.S.C. § 1983.

The court screened the complaint pursuant to the Prison Litigation Reform Act ("PLRA") to determine whether it failed to state a claim on which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b).

1

On February 10, 2026, the Court issued an Order Dismissing Complaint With Leave to Amend within 30 days after entry of the Order.  (Dkt. No. 13.)

Plaintiff did not file a timely First Amended Complaint or request an extension of time to do so.

Moreover, the court's orders to Plaintiff have been returned as undeliverable by the postal service on January 23, 2026 and February 26, 2026.  (Dkt. Nos. 11, 14.)

Plaintiff has not filed a Notice of Change of Address as he is required to do. "A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."  Local Rule 41-6.  The Court has no method of communicating with Plaintiff.

## II. **DISCUSSION**

Plaintiff did not file a timely First Amended Complaint or request an extension of time to do so.  The Court's orders have been returned as undeliverable by the postal service on January 23 and February 26, 2026, and Plaintiff has failed to file a Notice of Change of Address.

Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

DATED:  May 18, 2026

_____
OTIS D. WRIGHT II
United States District Judge